# Court of Appeals
# of the State of Georgia

ATLANTA,  February 14, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1062.  CLARENCE STRICKLAND v. THE STATE.**

A jury found Clarence Strickland guilty of aggravated sodomy in 2009, and we affirmed his conviction on appeal.  *Strickland v. State*, 311 Ga. App. 400 (715 SE2d 798) (2011).  In 2016, Strickland filed a motion for an out-of-time appeal, which the trial court dismissed.  Strickland then filed this direct appeal.  We lack jurisdiction.

"An out-of-time appeal is a judicial creation that serves as the remedy for a frustrated right of appeal."  *Kilgore v. State*, 325 Ga. App. 874, 875 (1) (756 SE2d 9) (2014) (punctuation omitted).  Because Strickland already has had a direct appeal, he is not entitled to an out-of-time appeal.  See *Richards v. State*, 275 Ga. 190, 191 (563 SE2d 856) (2002) ("[T]here is no right to directly appeal the denial of a motion for out-of-time appeal filed by a criminal defendant whose conviction has been affirmed on direct appeal."); *Jackson v. State*, 273 Ga. 320 (540 SE2d 612) (2001) (a defendant "is not entitled to another bite at the apple by way of a second appeal").  Accordingly, this appeal is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  02/14/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*